## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| OLIVER H. CLAYPOOL, JR., | : | No. 99 WM 2016 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF CLARION COUNTY, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Prohibition is **DENIED**.